THE PEOPLE OF THE STATE OF NEW YORK ex rel. PARKE, DAVIS & COMPANY, Appellant, *v.* JAMES A. ROBERTS, as Comptroller of the State of New York, Respondent.

*People ex rel.* v. *Roberts,* 91 Hun, 158, affirmed.
(Argued May 26, 1896; decided June 9, 1896.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made December 28, 1895, which affirmed on certiorari a determination of the state comptroller in assessing and imposing a tax upon the relator and settling an account therefor.

*James McKeen* for appellant.

*T. E. Hancock, Attorney-General,* for respondent.

Order affirmed, with costs; no opinion.
All concur.

---

In the Matter of ROLLIN TRACY, an Attorney, Appellant.

*Matter of Tracy* 1 App. Div 113, affirmed.
(Submitted May 25, 1896, decided June 16. 1896.)

APPEAL from order of the Appellate Division of the Supreme Court in the first judicial department, made January 30, 1896, which affirmed an order of the Special Term requiring the appellant to pay over moneys collected by him.

*Charles Duane Baker* for appellant.

*William H. Sage* for respondent.

Order affirmed, with costs; no opinion.
All concur.